

**FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR
CONSPIRACY TO COMMIT BANK FRAUD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET 05-032 |
| v. | * | SECTION: SECT. J MAG. 2 |
| RAYMOND C. REGGIE | * | VIOLATION: 18 U.S.C. § 371 |

\* \* \*

The United States Attorney charges that:

## COUNT 1

**A.   AT ALL TIMES MATERIAL HEREIN:**

1.   Defendant, **RAYMOND C. REGGIE ("REGGIE"),** was the President/Manager of Teleformation, L.L.C., doing business as Media Direct, L.L.C. ("Media Direct"), 1515 Poydras Street, Suite 1150, New Orleans, Louisiana 70112.

2.   Defendant **REGGIE** controlled all aspects of Media Direct, including the control of all financial transactions such as obtaining loans from various financial institutions.

3.   Hibernia National Bank ("Hibernia"), 313 Carondelet Street, New Orleans, Louisiana 70130, was a financial institution located in the Eastern District of Louisiana, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

4. Media Direct maintained checking account number 145158968 at Union Planters Bank ("Union Planters") in Baton Rouge, Louisiana.

5. Media Direct maintained checking account number 0711798370 at Whitney National Bank ("Whitney") in New Orleans, Louisiana.

6. Biz Capitol was a non-FDIC insured commercial lender.

**B.   THE CONSPIRACY:**

Beginning prior to December 1, 2000 and continuing until on or about May 1, 2001 in the Eastern District of Louisiana and elsewhere, defendant, **RAYMOND C. REGGIE ("REGGIE")**, did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the United States Attorney to execute and attempt to execute a scheme and artifice to defraud the Hibernia National Bank of approximately $6,000,000, in violation of Title 18, United States Code, Section 1344.

**C.   OVERT ACTS:**

On or about the dates listed below, the defendant and others committed the following overt acts in furtherance of the conspiracy:

1. On or about December 1, 2000, **REGGIE** applied for a $6,000,000 loan with Hibernia. **REGGIE** represented that the purpose of the loan was to consolidate and payoff outstanding debts of $2,088,326.88 at Union Planters and $1,512,678.35 at Biz Capitol.

2. On or about December 14, 2000, **REGGIE**, acting on behalf of Media Direct, executed a commercial security agreement and assignment of claims which purported to assign Media Direct's interest in a contract with the U.S. Census Bureau ("Census Bureau") to Hibernia. The assigned Census Bureau contract dated January 1, 2000, was numbered 0522366 and contained

a maximum contract amount of $18,500,000. The Census Bureau contract was purportedly signed by **REGGIE** on December 2, 1999, and by someone on behalf of the Census Bureau, on December 6, 1999. In truth and in fact, as **REGGIE** well knew, there was no contract between the Census Bureau and Media Direct and the commercial agreement assignment of claims was fraudulently executed because the contract submitted to Hibernia in support of the loan was a fictitious document, executed by a fictitious person on behalf of the Census Bureau.

3. On or about January 31, 2001, a Media Direct employee signed the name "Michelle A. Dinkins" to an altered copy of her Louisiana Drivers License, number 006309239, at **REGGIE's** direction.

4. On or about January 31, 2001, **REGGIE** leased a mail drop at Mail Boxes, Etc., to receive mail at PMB #106-314, 4200 Wisconsin Avenue N.W., Washington, D.C. 20016-2143.

5. On or about January 31, 2001, **REGGIE** signed a United States Postal Service ("Postal Service") "Application for Delivery of Mail Through Agent" form authorizing the Postal Service to deliver mail for Ray Reggie, Michelle A. Dinkins and Media Direct, LLC, to PMB #106-314, 4200 Wisconsin Avenue N.W., Washington, D.C. 20016-2143. This form was sent via facsimile to Mail Boxes, Etc., along with a copy of the altered Louisiana Drivers License, number 006309239, which was signed "Michelle A. Dinkins" at **REGGIE's** direction.

6. On or about April 2, 2001, **REGGIE** directed a Media Direct employee to represent herself as a contracting officer with the Census Bureau by falsely executing an "Acknowledgment." This document bore the signature of "Michelle A. Dinkins, Contracting Officer On behalf of: U.S. Census Bureau, Contracts" and purported to acknowledge Media Direct's assignment of the contract assignment to Hibernia.

7.   In a letter dated April 20, 2001 from Hibernia Bank to **RAY REGGIE**, Hibernia Bank began to question **REGGIE** about payment on the assigned invoices. In response to Hibernia's inquiry, **REGGIE** again directed a Media Direct employee to fraudulently use the alias Michelle Dinkins to respond to the Hibernia inquiry. In a response dated May 1, 2001, from "Michelle Dinkins" to Hibernia, fraudulent representations were made to Hibernia stating that Census Bureau invoices totaling $15,593.431.60 were approved for payment to Media Direct, which representations **REGGIE** well knew were false.

All in violation of Title 18, United States Code, Section 371.

_____
JIM LETTEN (8517)
UNITED STATES ATTORNEY

_____
JAN MASELLI MANN (9020)
Assistant United States Attorney
Chief, Criminal Division

_____
JAMES R. MANN (20513)
Assistant United States Attorney

New Orleans, Louisiana
February 2, 2005

No.

# United States District Court
### FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

RAYMOND C. REGGIE

BILL OF INFORMATION FOR CONSPIRACY TO COMMIT BANK FRAUD

VIOLATION: 18 U.S.C. § 371

Filed

XXX 2005

_____
Clerk.

By _____, Deputy.
JAMES R. MANN
Assistant U. S. Attorney