AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FEB 24 2005
PM 3:04
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

RAYMOND C. REGGIE

WAIVER OF INDICTMENT

CASE NUMBER: 05-032 "J"(2)

I, __Raymond C. Reggie__, the above named defendant, who is accused of a violation of Title 18, United States Code, Section 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2-23-05__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc

Fee _____
Process _____
X Dkt _____
CtRmDep _____
Doc No. 5