**MINUTE ENTRY**
**BARBIER, J.**
**APRIL 21, 2005**
**JS-10: 15 MIN.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-32 |
| RAYMOND REGGIE | SECTION "J" |

THURSDAY, APRIL 21, 2005   10:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

Courtroom Deputy: Eileen Stensrud
Court Reporter: Cathy Pepper

APPEARANCES:
     James Mann, AUSA , For Government
     Michael Ellis, Esq.   , For Defendant

**RE-ARRAIGNMENT OF RAYMOND REGGIE**

Defendant present to withdraw former plea of Not Guilty as to count 1, and enters a plea of guilty to same.
Defendant is sworn and questioned by the Court.
Defendant informed of rights to trial by jury or the court and waives same.
Reading of indictment waived by the defendant.
Defendant is informed of the maximum penalties.
Defendant is informed of the new sentence guidelines.
Defendant enters a plea of guilty.
Plea Bargain is disclosed to the court in letter form and same is filed.
Government submits the factual basis in writing and same is filed.
Acceptance of the guilty plea is reserved until the pre-sentence report is issued.
Pre-sentence investigation is ORDERED.
Defendant is released.
Sentencing set for Wednesday, October 26, 2005 at 1:30 p.m.
The pretrial conference and trial of this defendant are canceled.

___ Fee ___
___ Process ___
_X_/ Dktd ___
_/_ CtRmDep ___
___ Doc.No. ___