U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 21 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 05-32 + 05-52 |
| v. | * | SECTION: J |
| RAYMOND C. REGGIE | * | |

\* \* \*

## FACTUAL BASIS

Should this case proceed to trial, the Government would introduce competent evidence to prove the following beyond a reasonable doubt:

Records of Teleformation, L.L.C. ("Teleformation") would show that **RAYMOND C. REGGIE** ("**REGGIE**"), was the President/Manager of Teleformation, doing business as Media Direct, L.L.C. ("Media Direct"), 1515 Poydras Street, Suite 1150, New Orleans, Louisiana 70112. **REGGIE** controlled all aspects of Media Direct. This authority included, but was not limited to (1) the maintenance and control of all checking accounts and (2) the authority to engage in financial transactions such as obtaining loans from various financial institutions. Teleformation records would also show that LISA BLANCHARD ("BLANCHARD") was a Media Direct employee working at various times in the accounts receivable department.

___ Fee _____
___ Process _____
_X_ Dktd _____
_/_ CtRmDep _____
     Doc.No._____

Union Planters Bank was a financial institution located in Baton Rouge, Louisiana, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. Union Planters Bank maintained Checking Account No. 145158968 in the name of Media Direct (hereinafter the "Union Planters Account").

Whitney National Bank was a financial institution located in New Orleans, Louisiana, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. Whitney National Bank maintained Checking Account No. 0711798370 in the name of Media Direct (hereinafter the "Whitney Account").

Between on or about June 1, 1999, and October 31, 1999, in the Middle District of Louisiana, **REGGIE** executed a check-kiting scheme whereby cross deposits were made in the Union Planters Account and the Whitney Account, making it appear that there were substantial deposits in both accounts when the actual balances in the accounts were insufficient.

As a result of this check-kiting scheme, Union Planters Bank was left with a negative balance of $4,230,793.

On about December 31, 1999, **REGGIE** applied for a loan in the amount of $4,230,793 with Union Planters Bank. The purpose of this loan was to repay Union Planters Bank for a loss created by the check-kiting scheme described above. **REGGIE** pledged to Union Planters Bank, as collateral for this loan, accounts receivables of ~~Media Direct~~ TELFor Communication dba ok totaling $2,114,589.42, which defendant knew were false and fraudulent.

2

Records of Union Planters Bank and Biz Capital would reflect that as a result of **REGGIE's** activities in 1999, he owed $2,088,326.88 to Union Planters Bank and $1,512,678.35 to Biz Capitol.

Kathryn G. Broussard, former Vice President, Loan Administration Department, Hibernia National Bank ("Hibernia"), 313 Carondelet Street, New Orleans, Louisiana 70130, would testify that between December 1, 2000 and May 31, 2001, Hibernia was a financial institution whose accounts and deposits were insured by the Federal Deposit Insurance Corporation ("FDIC"). Ms. Broussard would also testify that on December 14, 2000, **REGGIE**, acting on behalf of Media Direct, executed a commercial security agreement and assignment of claims assigning Media Direct's interest in U.S. Census Bureau ("Census Bureau") contract number 0522366, dated January 1, 2000, in the amount of $18,500,000, to Hibernia. This Census Bureau contract was signed by **REGGIE** on December 2, 1999, and by Michael Bolland, on behalf of the Census Bureau, on December 6, 1999. On or about December 14, 2000, Hibernia closed on a $6,000,000 line of credit with **REGGIE** which eventually increased to approximately $6,684,000 based on **REGGIE's** representation that he had entered into an $18,500,000 contract with the Census Bureau. **REGGIE** also provided Hibernia with a copy of Chase Manhattan Bank Delaware check number 479017, in the amount of $2,973,686.32, dated December 12, 2000, payee Teleformation Inc. D/B/A Media Direct, payor U.S. Census Bureau. Ms. Broussard would further testify that the Census Bureau documents were relied on by Hibernia to grant the loan to **REGGIE**. In accordance with normal Hibernia procedure, Ms. Broussard, on March 14, 2001, sent a "Notice of Assignment" to Contracts

*C2000, Attn: Michelle Dinkins, 2122 Massachusetts Avenue, N.W., Washington, D.C. 20008. Shortly after April 2, 2001, Ms. Broussard received an "Acknowledgment." This document dated April 2, 2001, bore the signature "Michelle A. Dinkins, Contracting Officer On behalf of: U.S. Census Bureau, Contracts" and acknowledged Media Direct's assignment of the contract to Hibernia. Ms. Broussard would further state that on April 20, 2001, she sent a letter from Hibernia Bank to **REGGIE** asking **REGGIE** to contact Dinkins about payment of the assigned invoices. Sometime after May 1, 2001, Hibernia received a response dated May 1, 2001, signed "Michelle Dinkins," title "Contracting Officer On behalf of: U.S. Census Bureau, Contracts *C2000, 4200 Wisconsin Avenue N.W., PMB #106-314 Washington, D.C. 20016-2143," reciting that Census Bureau invoices totaling $15,593.431.60 were approved for payment to Media Direct. Hibernia lost approximately $5,500,000 [handwritten: 3,500,000] as a result of the loan to **REGGIE**. Union Planters and Biz Capital, both [strikethrough] in Baton Rouge, Louisiana, suffered no loss.

Records of Mail Boxes, Etc. would show that on January 31, 2001, **REGGIE** leased a mail drop at Mail Boxes, Etc., for receipt of mail at PMB #106-314, 4200 Wisconsin Avenue N.W., Washington, D.C. 20016-2143. Copies of **REGGIE's** Louisiana Drivers License, his American Express Platinum card, Louisiana Drivers License number 006309239, in the name of and signed "Michelle A. Dinkins", was sent via facsimile to Mail Boxes, Etc., along with a copy of a United States Postal Service ("Postal Service") "Application for Delivery of Mail Through Agent" form, signed by **REGGIE,** authorizing the Postal Service to deliver mail for Ray Reggie, Michelle A.

4

Dinkins and Media Direct, LLC, to the Mail Boxes, Etc. post office box in Washington, D.C. These Louisiana Drivers Licenses depicted **REGGIE** and Blanchard. Louisiana Drivers License records reflect that Louisiana Drivers License number 006309239 was validly issued to Lisa Blanchard.

William J. Farrell, Jr., a handwriting expert, would testify that in his opinion the signature "Michelle A. Dinkins" appearing on Louisiana Drivers License number 006309239 was written by Lisa Blanchard; the date, time and signature "Michelle A. Dinkins" on the April 2, 2001 "Acknowledgment" were written by Lisa Blanchard; and all of the handwriting on the April 20, 2001 Hibernia memorandum from Kathy Broussard to Ray Reggie, except the signature "Kathy Broussard", was written by Lisa Blanchard.

Michael L. Palensky, Contracting Officer, United States Census Bureau, would testify that he searched the Census Bureau's records and determined that **RAY REGGIE**, Media Direct and Teleformation never had contracts with the Census Bureau; that Michelle Dinkins and Michael Bolland have never been employed at the Census Bureau as contracting officers or in the Acquisition Division; that Ron Carr has never been employed as Director of the Census Bureau or C2000; that the Census Bureau only enters into contracts with private entities, not agreements; that the so-called Census Bureau documents submitted to Hibernia to obtain and secure the Media Direct loan are fictitious and were not created by the Census Bureau; that the Chase Manhattan Bank Delaware check number 479017, in the amount of $2,973,686.32, is fictitious because the Census Bureau does not have an account at Chase Manhattan Bank Delaware; that all Census Bureau checks are issued

by the United States Treasury; and the Census Bureau does not maintain offices or receive mail at 2122 Massachusetts Avenue, N.W., Washington, D.C. 20008 and 4200 Wisconsin Avenue, N.W., Washington, D.C., PMB #106-314.

This would conclude the Government's case.

**READ AND APPROVED:**

_____  8-23-02
RAYMOND C. REGGIE         (Date)
Defendant

_____  8-23-02
MICHAEL H. ELLIS          (Date)
Attorney for Defendant