**MINUTE ENTRY**
**BARBIER, J.**
**NOVEMBER 29, 2005**
**JS-10: 1 hour**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 05-32 AND 05-52** |
| **RAYMOND C. REGGIE** | **SECTION: J** |

| | |
|---|---|
| **COURTROOM DEPUTY:** | **COURT REPORTER:** |
| Eileen Stensrud | Pat Duroncelet-Ralph |

TUESDAY, NOVEMBER 29, 2005   10 A.M.
JUDGE CARL J. BARBIER PRESIDING

### SENTENCING

Court begins at 10:30 A.M.
Case called.
All present and ready.
The defendant pleaded guilty to Counts 1 of Cr No 05-32 and Cr No 05-52.
The court now accepts the guilty pleas and adjudges the defendant guilty as to counts 1 of Cr No 05-32 and Cr No 05-52.
Government's motion for downward departure is ORDERED GRANTED and motion is ordered sealed.
The defendant is sentenced as to counts 1 of Cr No 05-32 ad Cr No 05-52 (See J&C).
No counts to be dismissed.
Defendant is released.
Court adjourns at 11:30 A.M.

**ATTORNEYS:**   James R. Mann, AUSA
                Michael Ellis, Esq., for defendant