UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 05-32 & 05-52 |
| RAYMOND REGGIE | SECTION: "J"(2) |

### ORDER AND REASONS

Before the Court is the second **Motion to Modify Sentence** filed by defendant Raymond Reggie.  The Government has filed an opposition to the motion.  In his motion, defendant urges the Court to modify his sentence so that his restitution payments do not commence until completion of his incarceration.

However, there is no statutory basis for the relief sought. Federal Rule of Criminal Procedure 35(a) permits a modification to "correct a sentence that resulted from arithmetical, technical, or other clear error," if it is brought within seven days after sentencing.  In addition to the fact that the sentencing term objected to is not the result of an arithmetical, technical or other clear error, it has been more than seven days since Reggie was sentenced.

Title 18 U.S.C. § 3664(k) provides a basis for modifying a

restitution order when there has been a "material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution." However, that provision is also inapplicable here, as are the provisions of 18 U.S.C. § 3664(o).

Finally, the Court notes that the factual underpinnings of defendant's arguments for the modification are incorrect. Defendant contends that he will be unemployed and incapable of earning funds that could be applied toward his restitution obligation. To the contrary, the Bureau of Prisons administers a financial responsibility program specifically designed to allow inmates to undertake employment so that they may meet their financial responsibilities while incarcerated. In addition, the undersigned has been informed that the Bureau of Prisons does confiscate all funds placed in a defendant's commissary account. For all of these reasons,

**IT IS ORDERED** that defendant's second **Motion to Modify Sentence** should be and is hereby **DENIED**.

New Orleans, Louisiana, this __13th__ day of January, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE